UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN PELLEGRINI,<br><br>  Plaintiff,<br><br>  v.<br><br>FRESNO COUNTY, CALIFORNIA, et al.,<br><br>  Defendants. | Case No. 16-cv-04555-KAW<br><br>**ORDER TRANSFERRING CASE TO THE EASTERN DISTRICT OF CALIFORNIA** |

The above-captioned case was improperly filed in the United States District Court for the Northern District of California. Plaintiff's claims arise from events that occurred in Fresno, California, which is located in the Eastern District of California. Accordingly, the Clerk shall TRANSFER this action to the United States District Court for the Eastern District of California, where proper venue lies because a substantial part of the events or omissions giving rise to the claims occurred there. *See* 28 U.S.C. §§ 84, 1391(b), 1406(a).

IT IS SO ORDERED.

Dated: August 30, 2016

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge