UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LILLIAN PELLEGRINI,** | 1:16-cv-01292-LJO-BAM |
| Plaintiff, | **ORDER THAT PLAINTIFF EFFECT SERVICE OF THE COMPLAINT WITHIN 60 DAYS** |
| v. | |
| **FRESNO COUNTY,** *et al.***,** | |
| Defendants. | |

Plaintiff filed this lawsuit on August 10, 2016, in the U.S. District Court for the Northern District of California.  (Doc. 1.)  Plaintiff filed a motion to proceed *in forma pauperis*, which was denied and the case was transferred to this Court.  (Docs 8. 9.)  Attorney Beverly Pellegrini submitted an application to proceed pro hac vice before this Court while representing Plaintiff.  That request was denied.  On October 31, Beverly Pellegrini filed a "Motion for Amended Admission as Requested by the Court."  (Doc. 13.)  Along with Beverly Pellegrini's motion, Plaintiff filed a motion related to an alleged conflict of interest (Doc. 14) and a "notice" pertaining to jurisdiction and substantive matters relating to the allegations in the complaint (Doc. 15).

 Federal Rule of Civil Procedure 4(m) requires that a complaint be served within 90 days after the complaint is filed.  Plaintiff's complaint was filed on August 10, 2016, but service on Defendants has not yet occurred as of the date of this order.  Additionally, one of Plaintiff's October 31, 2016, filings (Doc. 15) relates to the substantive merits of her complaint, but absent service of the complaint on Defendants and proper notice of the motion, this "notice" has been filed ex parte absent a legal basis for doing so.

As summonses have not been issued, there is good cause to extend the service deadline under Rule 4(m) to permit Plaintiff adequate time for service of the complaint. Because it appears related to the underlying merits of the case, the court will hold in abeyance Plaintiff's motion entitled "NOTICE – Federal Jurisdiction Under Federal Rule of Civil Procedure 60; Intervener by Right Under Federal Rule of Civil Procedure 24; Joinder Under Federal Rules of Civil Procedure 19" (Doc. 15) until such time as Defendants have been served and proper notice of the motion is made.

Finally, Plaintiff shall not file any further motions or notices until such time as the complaint is properly served. Any substantive motions improperly filed will be stricken and will not be considered.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is DIRECTED to issue new case documents to Plaintiff;
2. Within 60 days from the date of this order, Plaintiff shall arrange for service of the complaint on Defendants;
3. Plaintiff shall file proof of service on Defendants; and
4. Plaintiff shall file no further motions until the complaint has been properly served.

IT IS SO ORDERED.

Dated: **November 2, 2016**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE