**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LILLIAN PELLEGRINI,** | **1:16-cv-01292 LJO BAM** |
| **Plaintiff,** | **ORDER FOR ENTRY OF JUDGMENT DISMISSING CASE WITHOUT PREJUDICE** |
| v. | |
| **FRESNO COUNTY,** *et al.***,** | **ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE** |
| **Defendants.** | |

Pursuant to the Ninth Circuit's mandate, issued on August 8, 2018, this case has been remanded for judgment of dismissal without prejudice for lack of subject matter jurisdiction. (Docs. 110, 111.) The Clerk of Court is DIRECTED to enter judgment dismissing this case without prejudice.

IT IS SO ORDERED.

Dated: __**August 10, 2018**__      __/s/ Lawrence J. O'Neill___
UNITED STATES CHIEF DISTRICT JUDGE